1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12

GULLERMO A. V. S.,[1]

              Plaintiff,

13

    v.

14
15

LELAND DUDEK,[2]
Commissioner of Social Security,

              Defendant.

16

CASE NO. 2:23-cv-10015-MAR

JUDGMENT

17
18
19

It is the judgment of this Court that the final decision of the Commissioner of the Social Security Administration is **REVERSED**, and the action is **REMANDED** for further proceedings consistent with the Memorandum and Order.

20

DATED:  March 05, 2025

21
22
23

_____
MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

24
25
26

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

27
28

[2] Leland Dudek became Acting Commissioner of Social Security on February 18, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, she is automatically substituted as the Defendant herein.